UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNA THERIAULT, | ) |
| | ) |
| Plaintiff | ) |
| | ) No. 3:07mc0183 |
| v. | ) Trauger/Brown |
| | ) |
| DOLLAR GENERAL and | ) |
| JOSEPH TROWERY, | ) |
| | ) |
| Defendants | ) |

### O R D E R

The Magistrate Judge has been advised that the deposition of Mr. Thowery was taken on February 5, 2008. Inasmuch as no additional motions have been filed in the matter, the **Clerk** is directed to close this miscellaneous file.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge